UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Garry Risner,

    Plaintiff,

-V-                                          Case No. CV-2-99-1285
                                             JUDGE SMITH
                                             Magistrate Judge King

Court of Claims, Ohio,

    Defendant.

## **ORDER**

On November 24, 1999, the Court issued an order and judgment dismissing this action for lack of jurisdiction and failure to state a claim upon which relief can be granted. On March 8, 2005, plaintiff filed a document titled, "Motion for Dismissal." The motion states as follows:

> This year of the Lord on the 8th of March, 2005. I submit this additional evidence an [sic] request compensation that is fit and proper using instruction O Const I sec. 14 Search and Seizure for probable cause and presumption.

In a post script plaintiff also asserts that he has not received any money with respect to his compensation claim from the "state attorneys office."Plaintiff attaches thirty pages of documents to his motion, consisting of an excerpt from Baldwin's Ohio Revised Code concerning Ohio Constitution Art. I, § 14, copies of a traffic and state court papers concerning a charge against

1

plaintiff for operating a motor vehicle with an expired operator's license, copies of handwritten notes concerning prayer and scripture, and a copy of an acknowledgment letter from the Social Security Administration noting that plaintiff had elected to stop medical coverage under Medicare.

Almost five years ago the Court determined that it lacked jurisdiction over this case.  The matters plaintiff presents in his motion appear to have arisen in 2005, and are therefore presumably unrelated to the original complaint.  Further, it is impossible to tell from the motion what relief plaintiff presently seeks.  For all of these reasons, the Court **DENIES** plaintiff's motion for dismissal (Doc. 13).

The Clerk shall remove Doc. 13 from the Court's pending CJRA motions list.

**IT IS SO ORDERED.**

/s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**